**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff/Respondent, | ) |
| | ) |
| v. | ) Criminal Action No. 97-293 (TFH) |
| | ) |
| WALTER PARKER, | ) |
| | ) |
| Defendant/Movant. | ) |

**MEMORANDUM OPINION**

Defendant has filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.   Defendant was convicted on September 19, 1997.   His conviction was affirmed on October 23, 1998 by the United States Court of Appeals for the District of Columbia.   He filed the present motion on July 10, 2003.

The statute of limitations requires that a 28 U.S.C. § 2255 motion be filed one year from the date on which the judgment of conviction becomes final.   28 U.S.C. § 2255(1).   The one-year period begins run when the time for seeking review in the United States Supreme Court has expired.   *Clay v. United States*, 537 U.S. 522, 532 (2003).   Therefore, defendant's motion is untimely and barred by the statute of limitations.   The motion will be denied.   A separate order accompanies this Memorandum Opinion.

_____
THOMAS F. HOGAN
Chief Judge

DATE: