UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
NOV 30 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA )
)
)
)
v. ) Case No: 97-cr-293-RCL
)
WALTER PARKER, JR. )
)
)
Defendant. )
)

## ORDER

Without objection, the Court hereby **ADOPTS** the Report and Recommendation of Magistrate Judge Harvey.

Defendant's use of medical marijuana is a violation of federal law. Defendants under federal supervision are prohibited from using medical marijuana even if that use is in compliance with D.C. law or the law of any other state.

The Court agrees, however, that in this case the defendant's use was not a willful violation of his supervised release, and therefore defendant's term of supervised release shall not be revoked.

Moreover, the Court agrees with Magistrate Judge Harvey that the conduct of the defendant and the interests of justice lead to the conclusion in this case that the motion for early termination of supervision as recommended shall be, and it hereby is, **GRANTED**.

It is **SO ORDERED**.

Date: November 30, 2016

_____
Royce C. Lamberth
United States District Judge